MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
Attorney for Defendant Jerry Morales

By:  Braheme Lamar Days
     Deputy Attorney General
     609-376-2440
     Braheme.Days@law.njoag.gov
     Attorney ID:  305382022

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

|  |  |
|---|---|
| RONRAY HARRIS, | : |
| | : |
| Plaintiff, | : Civil Action No. |
| vs. | : |
| | : |
| UNIVERSITY CORRECTIONAL | : **NOTICE OF REMOVAL** |
| HEALTH CARE, a constituent | : |
| unit of RUTGERS, THE STATE | : |
| UNIVERSITY OF NEW JERSEY, et | : |
| al. | : |
| | : |
| Defendants. | : |

TO:  **Via CM/ECF:**
     Clerk of the Court
     Mitchell H. Cohen Building & U.S. Courthouse
     4th & Cooper Streets
     Camden, New Jersey 08101

     **Via First Class U.S. Mail and Email:**
     Margaret Raymond Flood, Esquire

400 Crossing Blvd., 8th Floor
PO Box 5933
Bridgewater, New Jersey 08807
mrflood@norris-law.com
*Attorney for Defendant University*
*Correctional Health Care, s constituent*
*Of Rutgers, the State University of*
*New Jersey*

Julien Baumrin, Esquire
400 Crossing Blvd., 8th Floor
PO Box 5933
Bridgewater, New Jersey 08807
jbaumrin@norris-law.com
*Attorney for Defendant University*
*Correctional Health Care, s constituent*
*Of Rutgers, the State University of*
*New Jersey*

Peter Kober, Esquire
Kober Law Firm, LLC
1864 Route 70 East
Cherry Hill, NJ 08003
(856) 761-5090
*Attorney for Plaintiff, Ronray Harris*

Defendant Jerry Morales (hereafter referred to as State Defendant), through the undersigned counsel, Matthew J. Platkin, Attorney General of the State of New Jersey (Deputy Attorney General Braheme Lamar Days, appearing), files this Notice of Removal, and in support of same, states as follows:

**History in State Court**

1.   The State Defendant is named as parties to an action filed in the Superior Court of New Jersey, Law Division, Cumberland County, bearing docket number CUM-L-448-23, and captioned, <u>Ronray Harris v. University Correctional Health Care,</u>

2

a constituent Of Rutgers, the State University of New Jersey, Monica Tsarkiris, Raymond Malta, Sherita Latimore-Collier and Jerry Morales.

2.    The above-entitled action was originally commenced by Plaintiff Ronray Harris filing of a Complaint.

3.    Records accessed through the Superior Court's eCourts filing system indicates that the Complaint was initially filed on August 9, 2023.

4.    The State Defendant received notice of this litigation on August 23, 2023 and does not challenge Plaintiff's service to be effective on that date.

**The Complaint Incorporates Federal Law**

5.    28 U.S.C. § 1441 provides for removal of a civil action involving claims which arise under federal law, or under both federal and state law.  Here, Plaintiffs' Complaint advances claims under both federal and state law.

6.    Specifically, in Counts I, II, III, and IV of the Complaint, Plaintiff contends that the State Defendant violated 42 U.S.C. section 1983 and the New Jersey Civil Rights Act by subjecting Plaintiff to cruel and unusual punishment through deliberate indifference to a serious medical need.

7.    In Counts V and VI of the Complaint, Plaintiff relies on federal law asserting that the State Defendant violated 42 U.S.C.

section 1983.

**Service on Other Defendants**

9.    28 U.S.C. § 1446(b) requires consent by defendants who have been properly joined and served if removal is sought solely under 28 U.S.C. § 1441(a).

10.   Defendant University Correctional Health Care, a constituent Of Rutgers, the State University of New Jersey is represented by Margaret Raymond Flood, Esquire.  This Defendant, by and through its attorneys, consents to removal of this matter from state court to federal court.  At this time, Defendants Monica Tsakiris, Raymond Malta, and Sherita Latimore-Collier have not been served with the complaint and summons.

11.   This removal was timely filed within 30 days of the State Defendant having been put on notice of the existence of the litigation and the basis for removal to this Court.

**State Court File**

12.   Undersigned has attached an electronic copy of the documents comprising the state court file bearing docket number CUM-L-448-23.  A Notice of Filing Notice of Removal will be filed in the state court following the filing of this Notice of Removal.

**Conclusion**

13.   For the foregoing reasons, this Court has jurisdiction over this matter and its removal to this Court should be permitted.

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: /s/Braheme Lamar Days
Braheme Lamar Days
Deputy Attorney General

Dated:  September 18, 2023